JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LEE BRACKS,  )<br>  )<br>    Petitioner,   )<br>  )<br>      v.    )<br>  )<br>MATTHEW CATE, Secretary,  )<br>  )<br>    Respondent.  )<br>_____ ) | Case No. CV 12-4776-JVS (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 19, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE